IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00272-RJC-DSC

| | |
|---|---|
| DAVID BARNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BANK OF AMERICA N.A., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Santiago J. Teran]" (document #13) filed November 20, 2020. For the reasons set forth therein, the Motion will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: November 20, 2020

David S. Cayer
United States Magistrate Judge