# United States District Court
## Western District of North Carolina
### Charlotte Division

| David Barnett, | ) | JUDGMENT IN CASE |
|---|---|---|
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00272-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Bank of America, N.A., | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 28, 2021 Order.

May 28, 2021

_Frank G. John_

Frank G. Johns, Clerk
United States District Court